### 17974. WHITEHEAD *v.* THE STATE.

BROYLES, C. J. The verdict was demanded by the evidence, and none of the special grounds of the motion for a new trial require another hearing of the case.

         *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

         DECIDED JUNE 14, 1927.

Possessing liquor; from city court of Polk county—Judge Tison. January 17, 1927.

*Bunn & Trawick,* for plaintiff in error.

*J. A. Wright, solicitor, E. S. Ault,* contra.

---

Intoxicating Liquors, 33 C. J. p. 761, n. 53; p. 801, n. 18 New.

---

### 18054. SIMS *v.* THE STATE.

LUKE, J. The conviction of the offense of disturbing divine services had the approval of the trial judge, and there was evidence to support it. The special grounds of the motion for a new trial do not require a reversal.

         *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

         DECIDED JUNE 14, 1927.

Disturbing church service; from Barrow superior court—Judge Stark. February 26, 1927.

*James W. Arnold,* for plaintiff in error.

*Pemberton Cooley, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 271, n. 41.